**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.dailywire.com/news/absolute-humiliation-megyn-kelly-slams-chrissy-teigen-appearing-at-whcd-in-non-existent-dress



www.dailywire.com/news/absolute-humiliation-megyn-kelly-slams-chrissy-teigen-appearing-at-whcd-in-non-existent-dress

📁 Work    📁 Photo    📁 Video    🄶 Image Search

"Here she is with John Legend her husband," Kelly said. "She has, by my count, three minions following her – that's minions in her view – following her, holding the dress or the train of her non-existent dress."

"I can see underwear, okay?" she added. "I can see London, I see France, I see Chrissy's underpants, which nobody shows underpants at the White House correspondents' dinner. Okay Chrissy? They just don't do it. And nobody shows up with serfs to carry their train which there shouldn't be on your White House correspondents' dinner dress anyway, because it's barely a formal event."

**EXHIBIT 2:** INFRINGEMENT #2
URL: https://www.youtube.com/watch?v=K9Har1RpPBQ





**EXHIBIT 2:** INFRINGEMENT #4
URL: https://www.youtube.com/watch?v=H0RMQ5-qCr4



**EXHIBIT 2:** INFRINGEMENT #5
URL: https://www.youtube.com/shorts/Uhwr3-fFO38



**EXHIBIT 2:** INFRINGEMENT #6
URL: https://www.dailywire.com/news/large-crowd-gathers-outside-of-fulton-county-jail-awaiting-trumps-arrival



"I'm here to support Trump because they been doing black men like this for decades," he said. "I know Trump is innocent. I support Trump against the two-tier justice system. Fani Willis is full of s***."



**EXHIBIT 2:** INFRINGEMENT #7
URL: https://www.dailywire.com/news/dozens-arrested-after-police-break-up-anti-israel-occupation-on-cal-poly-humboldt-campus



made a number of demands including that the university disclose investments in companies with ties to Israel, cut ties with Israeli universities, and drop charges against three students arrested last week.

After arrests were made and the occupiers cleared out of the buildings, video of the inside of Nelson Hall East showed graffiti throughout the building with messages such as "Land Back Now," "Death 2 America," and "Intifada Forever."